# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**DAVID EARL LYONS**                                                                              **PETITIONER**

**v.**                                   **No. 1:16CV143-SA-DAS**

**MARSHALL FISHER, ET AL.**                                              **RESPONDENTS**

## ORDER DENYING PETIITIONER'S MOTION [32]
## FOR A PRETRIAL CONFERENCE

This matter comes before the court on the motion [32] for a pretrial conference. This case is proceeding according to the case management order [22], which set forth various deadlines for the orderly administration of this case. A pretrial conference is not necessary; as such the petitioner's request for one is **DENIED**.

**SO ORDERED**, this, the 4th day of August, 2017.

                                                                    /s/ David A. Sanders
                                                                    DAVID A. SANDERS
                                                                    UNITED STATES MAGISTRATE JUDGE