IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**DAVID EARL LYONS** **PETITIONER**

**v.** **No. 1:16CV143-SA-DAS**

**MARSHALL FISHER, ET AL.** **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion and final judgment issued today, the instant petition for a writ of *habeas corpus* is **DISMISSED** without prejudice for failure to exhaust state remedies.

**SO ORDERED**, this, the 4th day of August, 2017.

      /s/ Sharion Aycock
      **U. S. DISTRICT JUDGE**